MURRAY OIL PRODUCTS COMPANY, INC., Respondent, *v.* POONS COMPANY, INC., Appellant and Third Party Plaintiff. MACKAY RADIO AND TELEGRAPH COMPANY, INC., Third Party Defendant.

Supreme Court, Appellate Term, First Department, May 13, 1948.

*Walter J. Fried* and *Aaron A. Janis* for appellant and third party plaintiff.

*Copal Mintz* for respondent.

Judgment and order affirmed, with costs.

Concur: HOFSTADTER and HECHT, JJ.; HAMMER, J., dissents in the following memorandum: I dissent and vote for reversal. The agent's implied warranty of authority, the source being disclosed by cable, was conditional at the risk of the buyer. The latter having modified the agreement for a valuable consideration cannot hold either the seller or its agent.